IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRANDON L. SPICER-BANKS,
    Plaintiff,

vs.                                                       Case No. 3:09cv425/WS/EMT

D. ELLIS, et al.,
    Defendants.
_____/

**O R D E R**

       This cause is before the court upon Plaintiff's Motion of Inquiry, which the court construes as a motion for enlargement of time to pay the initial partial filing fee in the amount of $2.83 (Doc. 8). Plaintiff having shown good cause for extending the deadline for payment of the fee, the court will grant him an additional thirty (30) days.

       Accordingly, it is **ORDERED**:

       1.     Plaintiff's Motion of Inquiry, construed as a motion for an extension of time (Doc. 8) is **GRANTED**. Plaintiff shall have **THIRTY (30) DAYS** from the docketing date of this order in which to pay the initial partial filing fee in the amount of $2.83.

       2.     Plaintiff's failure to comply with this order, or explain his inability to do so, may result in a recommendation of dismissal of this action.

       **DONE AND ORDERED** this 15th day of October 2009.

                                               /s/ *Elizabeth M. Timothy*
                                               **ELIZABETH M. TIMOTHY**
                                               **UNITED STATES MAGISTRATE JUDGE**